No. 3407.—Armstrong, aplte., *v.* Rivera, apdo.—C. D. Ponce. Rescisión de contrato. Mayo 18, 1925. Siendo en el fondo la única cuestión envuelta en este caso una de hecho resuelta ya dos veces, primero en la corte municipal y luego en la de distrito; y no apareciendo que se haya cometido error fundamental alguno, *se confirma* la sentencia apelada.

No. 3608.—Sosa Oliva, aplte., *v.* Sucesión de Manuel Sosa, apda.—C. D. de San Juan, Disto. 1º. Mayo 20, 1925. A la moción del apelado solicitando la eliminación de la transcripción de la evidencia elevada, estando sujetos a la inspección del juez sentenciador los autos todos del pleito a los efectos de graduar la cuantía de los honorarios, vista la jurisprudencia establecida entre otros en los casos de *Preston* v. *Vázquez,* 31 D.P.R. 889, y *Delgado et al.* v. *Bouillerce,* 31 D.P.R. 334, *no ha lugar.*

No. 3647. — Hernández, aplte., *v.* Soto, apdo. — C. D. Aguadilla. Mayo 20, 1925. Apareciendo que se trata de una acción en cobro de dinero que se originó en la Corte Municipal de Aguadilla y la cuantía envuelta en la misma no excede de $300; y no teniendo por tanto jurisdicción este tribunal para conocer del pleito, se desestimó el recurso.